7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA JUANA MARTINEZ * | |
| * | |
| v. * | CIVIL ACTION No. B-98-132 |
| * | |
| UNITED STATES OF AMERICA, ETC. * | |

## ORDER OF SUBSTITUTION

It appears to this Court that this action brings claims for monetary damages against Mirta Lopez for alleged tortious acts arising out of actions taken by him within the scope of his employment with the United States Immigration & Naturalization Service.

ACCORDINGLY IT IS ORDERED pursuant to *28 U.S.C. §2679(d)(1)*, as amended by the *Public Law 100-694*, that the United States is hereby substituted as the defendant herein in the place of the named defendant, Mirta Lopez, in both her official and individual capacities, with regard to the common law tort allegations raised in the plaintiffs' complaint. Further, because the complaint alleges only common law tort allegations against Mirta Lopez, Mirta Lopez's name should deleted from the caption of these proceedings as a named defendant.

IT IS FURTHER ORDERED that all the defenses of the United States are not affected by this certification and order.

IT IS FURTHER ORDERED that as to all common law tort claims alleged against defendant Mirta Lopez, in her official and individual capacities, the United States is hereby substituted as a defendant in the stead of Mirta Lopez.

SIGNED on this the _12_ day of _____, 1998.

_____
HILDA G. TAGLE
United States District Judge