```
                                          United States District Court
                                          Southern District of Texas       11
                                                    ENTERED

                                              FEB 1 9 1999

                                          Michael N. Milby, Clerk of Court
                                          By Deputy Clerk
```

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Maria Juana Martinez §
versus §
 §  CIVIL ACTION B- 98-132
United States of America §
 §

## Order Setting Conference

1. A status conference will be held on:

   _____3-1_____, 1999

   at __1:30__ p.m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 Easts Tenth Street
   Brownsville, Texas 78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed __February 18th__, 1999, at Brownsville, Texas.

                                    _____
                                              Hilda G. Tagle
                                       United States District Judge