13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA JUANA MARTINEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-98-132 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## SCHEDULING ORDER

1. Trial:   Estimated time to try: __1__ days.     [X] Bench   [ ] Jury

2. New parties must be joined by:     April 1, 1999

3. The plaintiff's experts will be named with a report furnished by:     May 7, 1999

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     June 7, 1999

6. Motions will be filed by:     June 17, 1999

7. Joint pretrial order is due:     6-28-99

8. Docket Call is set for 1:30 p.m. on:     7-1-99

The case will remain on standby until tried.

Signed  March 4st  , 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

_Louis Sorola, by [signature] w/ permission_      2-23-99
Louis Sorola                                       Date
Counsel for Plaintiff


_[signature]_                                      2-23-99
Nancy L. Masso                                     Date
Assistant United States Attorney
Counsel for Defendant

ClibPDF - www.fastio.com