*15*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**MAY 2 1 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA JUANA MARTINEZ | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-98-132 |
| | * | |
| UNITED STATES OF AMERICA | * | |

## ORDER SETTING STATUS CONFERENCE

On today's date this Court considered the Defendant's unopposed request for a

status conference in this case.  Having reviewed the motion, this Court agrees and that

a status conference should be had; therefore, the motion is GRANTED.

THEREFORE IT IS ORDERED that a status conference will be held on this

matter on ____6-21____, 1999, at __1:30__ am/pm

SIGNED _____, 1999, in Brownsville, Texas.

HILDA G. TAGLE
United States District Judge
Southern District of Texas
Brownsville Division

ClibPDF - www.fastio.com