United States District Court
Southern District of Texas
FILED

JUN 21 1999

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
ENTERED
JUL 0 6 1999
Michael N. Milby, Clerk

Maria Juana Martinez §
§
versus §
§
United States of America §

CIVIL ACTION B- 98-132

## Order Resetting Trial

The docket call and final pretrial conference set __07-01-99__ has been reset to: __07-29-99__  __1:30 PM.__
1:30 p.m.

Jury Selection: 08-2-99

Signed __June 21__, 1999, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge

17

updateddl.