20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARIA JUANA MARTINEZ | * | |
| | * | |
| vs. | * | CIVIL ACTION Nº. B-98-132 |
| | * | |
| UNITED STATES OF AMERICA | * | |

### ORDER OF DISMISSAL

On this day came on to be heard the joint motion of the United States of America, defendant herein, and Maria Juana Martinez, plaintiff herein, in the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause be and the same is **DISMISSED** with prejudice to the right of the plaintiff to refile same or any party thereof. This Court, however, shall retain jurisdiction over matters or issues pertaining to the enforcement of the settlement reached herein. All costs of court are taxed against the party by whom incurred.

SIGNED this 13 day of July, 1999, in Brownsville, Texas.

HILDA TAGLE
United States District Judge